IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:13-cr-00109 |
| ) | |
| SHAWN DAVIS ) | |

## ORDER

Upon consideration of the foregoing Motion to Seal, it is hereby ORDERED that the motion is granted. Shawn Davis is permitted to file his Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255 under seal. It is FURTHER ORDERED that the Motion shall remain sealed until further Order of Court.

It is FURTHER ORDERED that Shawn Davis is not required to file a redacted version of the Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255.

June 15, 2016    _Maurice B. Cohill, Jr._
Maurice B. Cohill
Senior United States District Court Judge